■ AMERICAN AIRLINES, INC., Respondent, v CARL ICAHN et al., Appellants. [766 NYS2d 416] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered December 23, 2002, and judgment, same court and Justice, entered January 30, 2003, unanimously affirmed for the reasons stated by Lowe, III, J., with one bill of costs and disbursements. No opinion. Order filed. Concur—Nardelli, J.P., Andrias, Saxe, Williams and Friedman, JJ.

■ PAMELA PERKINS, Appellant, v MERRILL LYNCH et al., Respondents. [765 NYS2d 364] —Order, Supreme Court, New York County (Louis York, J.), entered March 15, 2002, which, in an action for employment discrimination based on race, inter alia, granted defendants' motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, without costs.

The action was properly dismissed on the ground that the allegations of the complaint itself establish that defendants had good cause to terminate plaintiff's employment, namely, her refusal to respond to inquiries about an arrest. Concur—Ellerin, J.P., Williams, Lerner, Friedman and Gonzalez, JJ.